IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

FILED
JUN 21 2022
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| -vs- | ) No. CR 22-240 JD |
| RUI MAE WANG, | ) Violations: 21 U.S.C. § 846 |
| | ) 21 U.S.C. § 841(a)(1) |
| Defendant. | ) 21 U.S.C. § 853 |

**INDICTMENT**

The Federal Grand Jury charges:

**COUNT 1**
**(Drug Conspiracy)**

From in or about February 2022 through in or about April 2022, within the Western District of Oklahoma and elsewhere,

-------------------- **RUI MAE WANG** --------------------

knowingly and intentionally conspired, combined, confederated, and agreed with others, both known and unknown to the Grand Jury, to interdependently possess with intent to distribute and to distribute 1,000 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846, the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A).

## COUNT 2
### (Possession of Marijuana with Intent to Distribute)

On or about February 11, 2022, within the Western District of Oklahoma, ------------------------------------- **RUI MAE WANG** -------------------------------------- knowingly and intentionally possessed with intent to distribute 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(B).

## FORFEITURE

The allegations contained in this Indictment are hereby re-alleged and incorporated for the purpose of alleging forfeiture.

Upon conviction of any of the offenses alleged in Counts 1 and 2 of this Indictment, **RUI MAE WANG** shall forfeit to the United States any property constituting or derived from any proceeds obtained directly or indirectly and any property used or intended to be used in any manner or part to commit or to facilitate the commission of such offenses.

The property subject to forfeiture includes, but is not limited to:

1. $98,077.00 in U.S. currency;

2. a Luvo, model La 15, .223 caliber rifle, bearing serial number LA0061; and

3. a Springfield Armory, model Hellcat, 9mm pistol, bearing serial number BY530773.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL:

*/s/ Foreperson*

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

*/s/ Wilson D. McGarry*

WILSON D. McGARRY
Assistant United States Attorney

3