# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR-22-240-JD |
| ) | |
| RUI MAE WANG, ) | |
| ) | |
| Defendant. ) | |

## UNOPPOSED MOTION TO FILE MOTION TO CONTINUE JURY TRIAL UNDER SEAL

COMES NOW, the defendant in the above styled and numbered cause, by and through his attorney of record, Cody E. Gilbert, and moves this Court for an Order permitting him to file a Motion to Continue Jury Trial Under Seal. This motion is filed in compliance with the Classified Information Procedures Act (CIPA) and LCrR 12.2 and 32.1(b) of the United States District Court for the Western District of Oklahoma.

In support of the motion, the Court is advised that this motion contains extensive sensitive and protected personal information which is necessary for the Court's consideration and cannot be reasonably redacted in a manner which would permit a public filing, as contemplated by FRCrP 49.1(d) and LCrR 49.1.1. Further, the Counsel for the Government, AUSA Wilson McGarry does not object to this motion.

WHEREFORE, defendant prays this Court grant this motion to file Motion to Continue Jury Trial Under Seal.

        Respectfully submitted,

        s/ Cody E. Gilbert
        CODY E. GILBERT OBA # 30563
        GILBERT LAW, PLLC
        1415 NW 43rd Street
        Oklahoma City, Oklahoma 73118
        Telephone: 405-601-6700
        Telefacsimile: 405-543-1995
        Electronic Mail: gilbertlawok@gmail.com
        Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2022, I electronically transmitted the attached document to the Clerk of this Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

AUSA Wilson McGarry, Counsel for the Government

and all other ECF registrants appearing in this case.

        s/ Cody E. Gilbert
        CODY E. GILBERT