## IN THE UNITED STATES DISTRICT COURT FOR THE

## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No.  CR-22-240-JD |
| | ) | |
| RUI MAE WANG, | ) | Violations: 21 U.S.C. § 846 |
| | ) | 21 U.S.C. § 853 |
| Defendant. | ) | |

### S U P E R S E D I N G   I N F O R M A T I O N

The United States Attorney charges:

### COUNT 1
### (Drug Conspiracy)

From in or about February 2022 through in or about April 2022, within the Western District of Oklahoma and elsewhere,

--------------------------------------- RUI MAE WANG ---------------------------------------

knowingly and intentionally conspired, combined, confederated, and agreed with others to interdependently possess with intent to distribute and to distribute 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846, the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(B).

## FORFEITURE

The allegation contained in this Superseding Information is hereby re-alleged and incorporated for the purpose of alleging forfeiture.

Upon conviction of the offense alleged in Count 1 of this Superseding Information, **RUI MAE WANG** shall forfeit to the United States any property constituting or derived from any proceeds obtained directly or indirectly and any property used or intended to be used in any manner or part to commit or to facilitate the commission of such offenses.

The property subject to forfeiture includes, but is not limited to:

1. approximately $96,527.00 in U.S. currency;

2. approximately $10,850.00 in U.S. currency;

3. approximately $1,550.00 in U.S. currency;

4. approximately $98,033.00 in U.S. currency;

5. a Luvo, model La 15, .223 caliber rifle, bearing serial number LA0061, with attached scope;

6. a Springfield Armory, model Hellcat, 9mm caliber pistol, bearing serial number BY530773; and

7. any and all ammunition and magazines not otherwise specified herein.

All pursuant to Title 21, United States Code, Section 853.

ROBERT J. TROESTER
United States Attorney

DAVID McCRARY
Assistant United States Attorney

2