IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. CR-22-240-JD |
| ) | |
| RUI MAE WANG, ) | |
| ) | |
| Defendant. ) | |

### ORDER OF DISMISSAL

Defendant has entered a plea of guilty to Count 1 of the Superseding Information. In light of that guilty plea, the United States has moved to dismiss the Indictment as to Defendant Rui Mae Wang in the best interest of justice.

It is therefore ORDERED that the Indictment, returned on June 21, 2022, as to Defendant Rui Mae Wang is DISMISSED.

_____
JODI W. DISHMAN
United States District Judge