### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. CR-22-240-JD |
| | ) |
| **RUI MAE WANG,** | ) |
| | ) |
| **Defendant.** | ) |

### NOTICE OF INTENT TO APPEAL

Notice is hereby given that Rui Mae Wang, defendant herein, by and through her attorney Cody E. Gilbert, intends to appeal to the United States Court of Appeals for the Tenth Circuit from the sentencing handed down by the Court and the subsequent Judgment and Commitment Order entered on May 9, 2024.

Respectfully submitted,

s/ Cody E. Gilbert
CODY E. GILBERT OBA # 30563
GILBERT LAW, PLLC
1415 NW 43rd Street
Oklahoma City, Oklahoma 73118
Telephone: 405-601-6700
Telefacsimile: 405-543-1995
Electronic Mail: gilbertlawok@gmail.com
Counsel for Defendant Wang

## CERTIFICATE OF SERVICE

      I hereby certify that on May 22, 2024, I electronically transmitted the attached document to the Clerk of this Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

AUSA, Wilson McGarry Counsel for the Government

and all other ECF registrants appearing in this case.

                                      s/ Cody E. Gilbert
                                      CODY E. GILBERT