APPEAL,CLOSED,INTERPRETER,REL,_BT
Email All Attys
Email All Attys and Secondary Emails

# U.S. District Court
## Western District of Oklahoma[LIVE] (Oklahoma City)
## CRIMINAL DOCKET FOR CASE #: 5:22−cr−00240−JD−1

Case title: USA v. Wang

Magistrate judge case number: 5:22−mj−00432−P

Date Filed: 06/21/2022

Date Terminated: 05/09/2024

Assigned to: Judge Jodi W. Dishman

**Defendant (1)**

| | |
|---|---|
| **Rui Mae Wang**<br>*TERMINATED: 05/09/2024* | represented by **Cody E Gilbert**<br>Gilbert Law, PLLC<br>1415 NW 43rd Street<br>Oklahoma City, OK 73118<br>405−601−6700<br>Email: gilbertlawok@gmail.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: CJA Appointment |

| **Pending Counts** | **Disposition** |
|---|---|
| 21:853 CRIMINAL FORFEITURE | ORDER OF FORFEITURE |
| 21:846 DRUG CONSPIRACY<br>(1) | ORDER OF DISMISSAL FILED 5/9/2024 |
| 21:846 DRUG CONSPIRACY<br>(1s) | Defendant is sentenced to the custody of the Bureau of Prisons for a term of 42 months; 2 years of Supervised Release; and a $100 Special Assessment Fee due immediately. |
| 21:841(a)(1) POSSESSION OF MARIJUANA WITH INTENT TO DISTRIBUTE<br>(2) | ORDER OF DISMISSAL FILED 5/9/2024 |
| 21:853 CRIMINAL FORFEITURE<br>(99s) | ORDER OF FORFEITURE |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 21:841(a)(1) –POSSESSION WITH INTENT TO DISTRIBUTE | |

---

**Plaintiff**

**United States of America**     represented by   **Wilson D McGarry**
US Attorney's Office–OKC
210 W Park Ave
Suite 400
Oklahoma City, OK 73102
405/553–8700
Fax: 405/553–8888
Email: wilson.mcgarry@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/07/2022 | 1 | COMPLAINT as to Rui Wang (1). (Attachments: # 1 Criminal Cover Sheet) (cps) [5:22–mj–00432–P] (Entered: 06/08/2022) |
| 06/07/2022 | 3 | MOTION to Seal Case by United States of America as to Rui Wang. (cps) [5:22–mj–00432–P] (Entered: 06/08/2022) |
| 06/07/2022 | 4 | ORDER granting 3 Motion to Seal Case as to Rui Wang (1). Signed by Magistrate Judge Gary M. Purcell on 6/7/2022. (cps) [5:22–mj–00432–P] (Entered: 06/08/2022) |
| 06/10/2022 | | Case unsealed as to Rui Wang. (cps) [5:22–mj–00432–P] (Entered: 06/10/2022) |
| 06/10/2022 | | Case unsealed as to Rui Wang (cps) [5:22–mj–00432–P] (Entered: 06/10/2022) |
| 06/10/2022 | 5 | MINUTE ENTRY for proceedings held before Magistrate Judge Gary M. Purcell:Initial Appearance as to Rui Wang held on 6/10/2022. CONTINUED Initial Appearance set for 6/13/2022 02:00 PM in Courtroom 201 before Magistrate Judge Gary M. Purcell. Dft remanded to the custody of the USM pending Continued Initial |

| | | |
|---|---|---|
| | | Appearance. (cps) [5:22–mj–00432–P] (Entered: 06/10/2022) |
| 06/10/2022 | 6 | NOTICE OF HEARING as to Rui Wang Initial Appearance set for 6/13/2022 02:00 PM in Courtroom 201 before Magistrate Judge Gary M. Purcell. (cps) Modified on 6/13/2022 to show correct time (cps). [5:22–mj–00432–P] (Entered: 06/10/2022) |
| 06/13/2022 | 8 | ** SEALED DOCUMENT ** CJA 23 Financial Affidavit as to Rui Wang. (cps) [5:22–mj–00432–P] (Entered: 06/13/2022) |
| 06/13/2022 | 9 | MINUTE ENTRY for proceedings held before Magistrate Judge Gary M. Purcell:Initial Appearance as to Rui Wang held on 6/13/2022. Preliminary Hearing waived on 6/13/2022. Dft to be released on Bond and Order Setting Conditions. (cps) [5:22–mj–00432–P] (Entered: 06/13/2022) |
| 06/13/2022 | 10 | ORDER that FRANK FRITZ is appointed as interpreter for dft Rui Wang. Signed by Magistrate Judge Gary M. Purcell on 6/13/2022. (cps) [5:22–mj–00432–P] (Entered: 06/13/2022) |
| 06/13/2022 | 11 | ORDER APPOINTING OUT OF COURT INTERPRETER as to Rui Wang. Signed by Magistrate Judge Gary M. Purcell on 6/13/2022. (cps) [5:22–mj–00432–P] (Entered: 06/13/2022) |
| 06/13/2022 | 12 | WAIVER of Preliminary Hearing by Rui Wan. (cps) [5:22–mj–00432–P] (Entered: 06/13/2022) |
| 06/13/2022 | 13 | ORDER APPOINTING COUNSEL Cody Gilbert as to Rui Wang. Signed by Magistrate Judge Gary M. Purcell on 6/10/2022. (cps) [5:22–mj–00432–P] (Entered: 06/13/2022) |
| 06/13/2022 | 14 | DPPA–ORDER as to Rui Wang. Signed by Magistrate Judge Gary M. Purcell on 6/13/2022. (cps) [5:22–mj–00432–P] (Entered: 06/13/2022) |
| 06/13/2022 | 15 | $5,000 Unsecured Bond Entered as to Rui Wang. (cps) [5:22–mj–00432–P] (Entered: 06/13/2022) |
| 06/13/2022 | 16 | ORDER Setting Conditions of Release. Signed by Magistrate Judge Gary M. Purcell on 6/13/2022. (cps) [5:22–mj–00432–P] (Entered: 06/13/2022) |
| 06/21/2022 | 17 | INDICTMENT as to Rui Mae Wang (1) count(s) 1, 2 and criminal forfeiture. (Attachments: # 1 Criminal Cover Sheet 1 – Rui Mae Wang) (km) (Entered: 06/22/2022) |
| 06/22/2022 | 18 | ENTRY OF ATTORNEY APPEARANCE: Cody E Gilbert appearing for Rui Mae Wang (Gilbert, Cody) (Main Document 18 replaced on 6/28/2022. Document flattened to optimize CM/ECF display; no other changes made.) (km) (Entered: 06/22/2022) |
| 06/27/2022 | 19 | NOTICE by United States of America *Bill of Particulars (Regarding Forfeiture)* (McGarry, Wilson) (Entered: 06/27/2022) |
| 07/21/2022 | 20 | NOTICE OF HEARING as to Rui Mae Wang. Arraignment set for 7/22/2022 at 2:30 PM in Courtroom 102 before Magistrate Judge Suzanne Mitchell. (lb) (Entered: 07/21/2022) |
| 07/22/2022 | 21 | MINUTE ENTRY for proceedings held before Magistrate Judge Suzanne Mitchell: Arraignment as to Rui Mae Wang (1) Counts 1,2 held on 7/22/2022. Plea entered by Rui Mae Wang Not Guilty on counts 1,2. Jury Trial set for 9/13/2022 9:00 AM in |

| | | |
|---|---|---|
| | | Courtroom 502 before Judge Jodi W. Dishman. (lb) (Entered: 07/22/2022) |
| 07/22/2022 | 22 | ORDER that Wen Jun Gu is appointed as interpreter for dft Rui Mae Wang. Signed by Magistrate Judge Suzanne Mitchell on 7/22/22. (lb) (Entered: 07/22/2022) |
| 07/22/2022 | 23 | ORDER Appointing Out of Court Interpreter Wen Jun Gu for dft Rui Mae Wang. Signed by Magistrate Judge Suzanne Mitchell on 7/22/22. (lb) (Entered: 07/22/2022) |
| 07/22/2022 | 24 | WRITTEN OATH of Interpreter Wen Jun Gu as to dft Rui Mae Wang (lb) (Entered: 07/22/2022) |
| 08/02/2022 | 25 | **ORDER** as to Rui Mae Wang. This matter is set for Pretrial Conference on Friday, September 2, 2022, at 11:00 a.m., in Courtroom 502. Lead trial counsel must be present. See Order for pretrial deadlines imposed. Signed by Judge Jodi W. Dishman on 08/02/2022. (nv) (Entered: 08/02/2022) |
| 08/12/2022 | 26 | JURY DOCKET: Jury Trial set for 9/13/2022 09:30 AM in Courtroom 502 before Judge Jodi W. Dishman. (mb) (Entered: 08/12/2022) |
| 08/26/2022 | 27 | UNOPPOSED MOTION to Continue *Jury Trial and Extend Deadlines to File Motions* by Rui Mae Wang. (Gilbert, Cody) (Entered: 08/26/2022) |
| 08/28/2022 | 28 | WAIVER of Speedy Trial by Rui Mae Wang (Gilbert, Cody) (Entered: 08/28/2022) |
| 08/29/2022 | | Docket Annotation as to Rui Mae Wang: In light of the 27 Unopposed Motion to Continue Jury Trial and Extend Deadlines to File Motions, the pretrial conference originally set for 9/2/2022 at 11:00 a.m. is STRICKEN. All remaining deadlines imposed by this Court's 25 Order are also STRICKEN. (nv) (Entered: 08/29/2022) |
| 09/07/2022 | 29 | **ORDER** granting 27 Motion to Continue as to Rui Mae Wang (1). The Court CONTINUES the trial to the October 11, 2022 trailing jury trial docket. The Court will not entertain repeated motions to continue. Signed by Judge Jodi W. Dishman on 09/07/2022. (nv) (Entered: 09/07/2022) |
| 09/07/2022 | 30 | **ORDER** as to Rui Mae Wang. This matter is set for Pretrial Conference on Wednesday, October 5, 2022, at 11:00 a.m., in Courtroom 502. Lead trial counsel must be present. Signed by Judge Jodi W. Dishman on 09/07/2022. (nv) (Entered: 09/07/2022) |
| 09/08/2022 | | Set/Reset Hearings as to Rui Mae Wang: Jury Trial RESET for 10/11/2022 09:00 AM in Courtroom 502 before Judge Jodi W. Dishman. (nv) (Entered: 09/08/2022) |
| 09/13/2022 | 31 | **CRIMINAL JURY TRIAL DOCKET** : Jury Trial set for 10/11/2022 09:00 AM in Courtroom 502 before Judge Jodi W. Dishman. **Notice to all Counsel to read numerical paragraphs 1 through 5 of this Docket.** (nv) (Entered: 09/13/2022) |
| 09/27/2022 | 32 | UNOPPOSED MOTION to Continue *Jury Trial and Extend Deadlines to File Motions* by Rui Mae Wang. (Gilbert, Cody) (Entered: 09/27/2022) |
| 09/27/2022 | 33 | WAIVER of Speedy Trial by Rui Mae Wang (Gilbert, Cody) (Entered: 09/27/2022) |
| 10/03/2022 | 34 | **ENTER ORDER** as to Rui Mae Wang. This matter is set for a brief telephonic status conference on Wednesday, October 5, 2022, at 9:30 a.m. CST. The Court's deputy clerk will contact the parties with further instructions closer to the status conference. Entered at the direction of the Judge Jodi W. Dishman on 10/03/2022. (nv) (Entered: 10/03/2022) |

| | | |
|---|---|---|
| 10/03/2022 | 35 | **CRIMINAL JURY TRIAL DOCKET** . Jury Trial set for 11/1/2022 09:00 AM in Courtroom 502 before Judge Jodi W. Dishman. **Notice to counsel to read numerical paragraphs 1 through 5 of this docket.** (nv) (Entered: 10/03/2022) |
| 10/04/2022 | | Docket Annotation as to Rui Mae Wang: In light of the 32 Unopposed Motion to Continue Jury Trial, the pretrial conference originally set for October 5, 2022 at 11:00 a.m. is STRICKEN, to be reset after the Court's ruling on the 32 motion. (nv) (Entered: 10/04/2022) |
| 10/05/2022 | 36 | MINUTE ENTRY for proceedings held before Judge Jodi W. Dishman: Telephonic Status Conference as to Rui Mae Wang held on 10/5/2022. (nv) (Entered: 10/05/2022) |
| 10/10/2022 | 37 | **ORDER** granting 32 Motion to Continue as to Rui Mae Wang (1). The Court CONTINUES the trial to the November 1, 2022 trailing jury trial docket. All unsatisfied deadlines listed in the Court's Order [Doc. No. 30] are CONTINUED. The Court will separately issue an amended order placing this case on the Court's November 2022 trial docket and modifying motions and pretrial deadlines. The Court will not entertain repeated motions to continue. Signed by Judge Jodi W. Dishman on 10/10/2022. (nv) (Entered: 10/10/2022) |
| 10/10/2022 | | Set/Reset Hearings as to Rui Mae Wang: Jury Trial set for 11/1/2022 09:00 AM in Courtroom 502 before Judge Jodi W. Dishman. (nv) (Entered: 10/10/2022) |
| 10/11/2022 | 38 | **ORDER** as to Rui Mae Wang. This matter is set for Pretrial Conference on Monday, October 31, 2022, at 9:00 a.m., in Courtroom 502. Lead trial counsel must be present. Signed by Judge Jodi W. Dishman on 10/11/2022. (nv) (Entered: 10/11/2022) |
| 10/24/2022 | 39 | UNOPPOSED MOTION to Seal Document *to Continue Jury Trial* by Rui Mae Wang. (Gilbert, Cody) (Entered: 10/24/2022) |
| 10/24/2022 | 40 | **ORDER** granting 39 Motion to Seal Document as to Rui Mae Wang (1). Signed by Judge Jodi W. Dishman on 10/24/2022. (nv) (Entered: 10/24/2022) |
| 10/24/2022 | 42 | WAIVER of Speedy Trial by Rui Mae Wang (Gilbert, Cody) (Entered: 10/24/2022) |
| 10/31/2022 | | Docket Annotation as to Rui Mae Wang: In light of the 41 Sealed Motion, the pretrial conference originally set for 10/31/22 at 9:00 a.m. is STRICKEN to be reset at a later date and time. (nv) (Entered: 10/31/2022) |
| 10/31/2022 | 43 | **ORDER** as to Rui Mae Wang re 41 (Document and Docket Text Restricted) Sealed Motion to Continue Jury Trial as to Rui Mae Wang filed by Defendant. The Court CONTINUES the trial to the Court's January 10, 2023 trailing jury trial docket. The Court reiterates that it will not entertain repeated motions to continue. Signed by Judge Jodi W. Dishman on 10/31/2022. (nv) (Entered: 10/31/2022) |
| 10/31/2022 | 44 | **ORDER** as to Rui Mae Wang. This matter is set for Pretrial Conference on Thursday, January 5, 2023, at 9:00 a.m., in Courtroom 502. Lead trial counsel must be present. Signed by Judge Jodi W. Dishman on 10/31/2022. (nv) (Entered: 10/31/2022) |
| 11/15/2022 | 45 | NOTICE by United States of America *Bill of Particulars (Regarding Forfeiture)* (McGarry, Wilson) (Entered: 11/15/2022) |
| 12/14/2022 | 46 | **CRIMINAL JURY TRIAL DOCKET** . Jury Trial set for 1/10/2023 09:00 AM in Courtroom 502 before Judge Jodi W. Dishman. **Notice to counsel to read numerical paragraphs 1 through 5 of this docket.** (nv) (Entered: 12/14/2022) |
| 12/29/2022 | 47 | |

| | | |
|---|---|---|
| | | UNOPPOSED MOTION to Seal Document *Motion to Continue* by Rui Mae Wang. (Gilbert, Cody) (Entered: 12/29/2022) |
| 12/30/2022 | 48 | **ORDER** granting 47 Defendant's Unopposed Motion to File Motion to Continue Jury Trial Under Seal as to Rui Mae Wang (1). Signed by Judge Jodi W. Dishman on 12/30/2022. (llg) (Entered: 12/30/2022) |
| 12/30/2022 | 50 | WAIVER of Speedy Trial by Rui Mae Wang (Gilbert, Cody) (Entered: 12/30/2022) |
| 01/04/2023 | | Docket Annotation as to Rui Mae Wang: In light of the 49 Motion to Continue Jury Trial, the pretrial conference originally set to take place on Thursday, January 5, 2023 at 9:00 a.m. is STRICKEN. (nv) (Entered: 01/04/2023) |
| 01/09/2023 | 51 | **ORDER** as to Rui Mae Wang granting 49 (Document and Docket Text Restricted) Motion to Continue Jury Trial as to Rui Mae Wang filed by Defendant. The Court CONTINUES the trial to the March 21, 2023 trailing jury trial docket. All unsatisfied deadlines listed in the Court's Order [Doc. No. 44] are CONTINUED. The Court will separately issue an amended order placing this case on the Court's March 2023 trial docket and modifying motions and pretrial deadlines. The Court reiterates that it will not entertain repeated motions to continue, and the parties should work to promptly bring this case to a conclusion. Signed by Judge Jodi W. Dishman on 01/09/2023. (nv) (Entered: 01/09/2023) |
| 01/09/2023 | 52 | **AMENDED PRETRIAL ORDER** as to Rui Mae Wang. This matter is set for Pretrial Conference on Friday, March 10, 2023, at 11:00 a.m., in Courtroom 502. Lead trial counsel must be present. Signed by Judge Jodi W. Dishman on 01/09/2023. (nv) (Entered: 01/09/2023) |
| 01/17/2023 | 53 | **SECOND AMENDED PRETRIAL ORDER** as to Rui Mae Wang. This matter is set for Pretrial Conference on Friday, March 10, 2023, at 11:00 a.m., in Courtroom 502. Lead trial counsel must be present. Signed by Judge Jodi W. Dishman on 01/17/2023. (nv) (Entered: 01/17/2023) |
| 01/23/2023 | | Set/Reset Hearings as to Rui Mae Wang: Jury Trial set for 3/21/2023 09:00 AM in Courtroom 502 before Judge Jodi W. Dishman. *See* 51 Order granting Unopposed Motion to Continue Trial. (nv) (Entered: 01/23/2023) |
| 02/15/2023 | 54 | **MARCH CRIMINAL JURY TRIAL DOCKET** . Jury Trial set for 3/21/2023 09:00 AM in Courtroom 502 before Judge Jodi W. Dishman. (nv) (Entered: 02/15/2023) |
| 02/17/2023 | 55 | **AMENDED MARCH CRIMINAL JURY TRIAL DOCKET** : Jury Trial set for 3/21/2023 09:00 AM in Courtroom 502 before Judge Jodi W. Dishman. **Please note this docket has been amended to add case no. 23–49–JD.** (nv) (Entered: 02/17/2023) |
| 02/22/2023 | | Docket Annotation as to Rui Mae Wang: Pretrial Conference RESET for 3/7/2023 09:00 AM in Courtroom 502 before Judge Jodi W. Dishman. All other deadlines mentioned in this Court's 53 Second Amended Pretrial Order remain in place. (nv) (Entered: 02/22/2023) |
| 03/03/2023 | 56 | **ENTER ORDER** as to Rui Mae Wang. This matter is set for a brief telephonic status conference on Monday, March 6, 2023, at 10:00 a.m. CST. The Court's deputy clerk will contact the parties with further instructions. Entered at the direction of Judge Jodi W. Dishman on 3/3/2023. (nv) (Entered: 03/03/2023) |

| Date | # | Entry |
|---|---|---|
| 03/06/2023 | 57 | MINUTE ENTRY for proceedings held before Judge Jodi W. Dishman: Telephonic Status Conference as to Rui Mae Wang held on 3/6/2023. Both parties agree to STRIKE the pretrial conference originally set for tomorrow, March 7, 2023 at 9:00 a.m. in Courtroom 502. (nv) (Entered: 03/06/2023) |
| 03/06/2023 | | Terminate Hearings as to Rui Mae Wang: Pretrial Conference on 3/7/2023 at 9:00 a.m. in Courtroom 502 is STRICKEN. (nv) (Entered: 03/06/2023) |
| 03/14/2023 | 58 | **NOTICE OF HEARING** as to Rui Mae Wang. Waive and File Hearing set for 3/20/2023 01:00 PM in Courtroom 502 before Judge Jodi W. Dishman. (nv) (Entered: 03/14/2023) |
| 03/14/2023 | 59 | SUPERSEDING INFORMATION as to Rui Mae Wang (1) count(s) 1s, 99s and criminal forfeiture (Attachments: # 1 Criminal Cover Sheet 1 – Rui Mae Wang) (kb) (Entered: 03/14/2023) |
| 03/16/2023 | 61 | **ORDER** that Wei "Vivan" Josh is appointed as interpreter for Defendant Rui Mae Wang. Signed by Judge Jodi W. Dishman on 3/16/2023. (nv) (Entered: 03/16/2023) |
| 03/20/2023 | 62 | MINUTE ENTRY for proceedings held before Judge Jodi W. Dishman:Waive and File Hearing as to Rui Mae Wang held on 3/20/2023. The Court CONTINUES the jury trial to the July 11, 2023 trial docket and excludes the time under the Speedy Trial Act for all the reasons cited on the record. The Court will enter an order with amended pretrial deadlines to the July 2023 trial setting. The Court ADVISES both parties this will be the last continuance and to not expect additional continuances. Defendant is released on previously imposed conditions pending trial. (Court Reporter Cassy Kerr.) (nv) (Entered: 03/20/2023) |
| 03/20/2023 | 63 | **THIRD AMENDED PRETRIAL ORDER** as to Rui Mae Wang. Pretrial Conference set for 6/16/2023 11:00 AM in Courtroom 502 before Judge Jodi W. Dishman. Lead trial counsel must be present. Signed by Judge Jodi W. Dishman on 3/20/2023. (nv) (Entered: 03/20/2023) |
| 03/20/2023 | 64 | WRITTEN OATH of Interpreter Wei Vivan Josh as to dft Rui Mae Wang (nv) (Entered: 03/20/2023) |
| 06/09/2023 | 65 | **NOTICE OF HEARING** as to Rui Mae Wang. Waive and File Hearing set for 6/16/2023 11:00 AM in Courtroom 502 before Judge Jodi W. Dishman. (nv) (Entered: 06/09/2023) |
| 06/09/2023 | | Docket Annotation as to Rui Mae Wang: In light of the 65 Notice of Hearing setting this case for a plea hearing, the pretrial conference originally set for June 16, 2023 at 11:00 a.m. is STRICKEN. (nv) (Entered: 06/09/2023) |
| 06/13/2023 | 66 | **CRIMINAL JURY TRIAL DOCKET (JULY)** : Jury Trial set for 7/11/2023 09:00 AM in Courtroom 502 before Judge Jodi W. Dishman. **Counsel are directed to read this docket in its entirety, specifically, paragraphs 1 – 5.** (nv) (Entered: 06/13/2023) |
| 06/16/2023 | 68 | MINUTE ENTRY for proceedings held before Judge Jodi W. Dishman: Waive and File Hearing as to Rui Mae Wang held on 6/16/2023. Plea entered by Rui Mae Wang (1) Guilty Count 1s. Defendant released back on bond with previously imposed conditions. (Court Reporter Susan Fenimore.) (nv) (Entered: 06/16/2023) |
| 06/16/2023 | 69 | **PETITION To Enter a Plea of Guilty** by Defendant Rui Mae Wang. (nv) (Entered: 06/16/2023) |

| | | |
|---|---|---|
| 06/16/2023 | 70 | **PLEA AGREEMENT** as to Rui Mae Wang. (nv) (Entered: 06/16/2023) |
| 06/16/2023 | 72 | **WAIVER OF INDICTMENT** by Rui Mae Wang (nv) (Entered: 06/16/2023) |
| 06/16/2023 | 73 | **WAIVER of Jury Trial** by Rui Mae Wang (nv) (Entered: 06/16/2023) |
| 08/23/2023 | 74 | MOTION for Forfeiture of Property *(Preliminary Order of Forfeiture)* by United States of America as to Rui Mae Wang. (McGarry, Wilson) (Entered: 08/23/2023) |
| 09/01/2023 | 75 | **PRELIMINARY ORDER OF FORFEITURE** granting 74 Motion for Forfeiture of Property as to Rui Mae Wang (1). Signed by Judge Jodi W. Dishman on 9/1/2023. (nv) (Entered: 09/01/2023) |
| 10/19/2023 | 77 | UNOPPOSED MOTION for Extension of Time *to Submit Objections to the Initial Presentence Investigation Report* by Rui Mae Wang. (Gilbert, Cody) (Entered: 10/19/2023) |
| 10/20/2023 | 78 | **ORDER** granting 77 Motion for Extension of Time as to Rui Mae Wang (1). Signed by Judge Jodi W. Dishman on 10/20/2023. (nv) (Entered: 10/20/2023) |
| 12/22/2023 | 80 | **NOTICE OF HEARING** as to Rui Mae Wang. Sentencing set for 1/17/2024 01:00 PM in Courtroom 502 before Judge Jodi W. Dishman. (nv) (Entered: 12/22/2023) |
| 01/03/2024 | 81 | **AMENDED NOTICE OF HEARING** as to Rui Mae Wang. Sentencing **reset** for 1/29/2024 01:00 PM in Courtroom 502 before Judge Jodi W. Dishman. (nv) (Entered: 01/03/2024) |
| 01/25/2024 | 82 | UNOPPOSED MOTION to Continue *Sentencing Hearing* by Rui Mae Wang. (Gilbert, Cody) (Entered: 01/25/2024) |
| 01/25/2024 | 83 | **ORDER** granting 82 Motion to Continue Sentencing as to Rui Mae Wang (1). The sentencing hearing is CONTINUED to be reset at a later date and time. Signed by Judge Jodi W. Dishman on 1/25/2024. (nv) (Entered: 01/25/2024) |
| 01/25/2024 | | Docket Annotation as to Rui Mae Wang: The Sentencing hearing originally set to take place on Monday, January 29, 2024 at 1:00 p.m. in Courtroom 502 before the Honorable Jodi W. Dishman is STRICKEN to be RESET for a date in the future. (nv) (Entered: 01/25/2024) |
| 02/07/2024 | 84 | **NOTICE OF HEARING** as to Rui Mae Wang. Sentencing set for 3/6/2024 10:00 AM in Courtroom 502 before Judge Jodi W. Dishman. (nv) (Entered: 02/07/2024) |
| 03/01/2024 | 85 | UNOPPOSED MOTION to Seal Document *Motion to Continue Sentencing Hearing Under Seal* by Rui Mae Wang. (Gilbert, Cody) (Entered: 03/01/2024) |
| 03/01/2024 | 86 | **ORDER** granting 85 Motion to Seal Document as to Rui Mae Wang (1). Signed by Judge Jodi W. Dishman on 3/1/2024. (nv) (Entered: 03/01/2024) |
| 03/01/2024 | 88 | **ORDER** granting 87 (Document and Docket Text Restricted) Sealed Motion to Continue Sentencing Hearing as to Rui Mae Wang. The sentencing hearing is CONTINUED to be reset at a later date and time within thirty to forty–five (30–45) days.Signed by Judge Jodi W. Dishman on 3/1/2024. (nv) (Entered: 03/01/2024) |
| 03/28/2024 | 89 | **NOTICE OF HEARING** as to Rui Mae Wang. Sentencing set for 5/8/2024 02:00 PM in Courtroom 502 before Judge Jodi W. Dishman. (nv) (Entered: 03/28/2024) |
| 05/03/2024 | 92 | UNOPPOSED MOTION for Leave to File *Sentencing Memorandum* by Rui Mae Wang. (Gilbert, Cody) (Entered: 05/03/2024) |

| | | |
|---|---|---|
| 05/03/2024 | 93 | **ORDER** granting 92 Motion for Leave to File as to Rui Mae Wang (1). Defendant Rui Mae Wang may file her sentencing memorandum by Monday, May 6, 2024. Signed by Judge Jodi W. Dishman on 5/3/2024. (nv) (Entered: 05/03/2024) |
| 05/03/2024 | 94 | UNOPPOSED MOTION to Seal Document *Sentencing Memorandum* by Rui Mae Wang. (Gilbert, Cody) (Entered: 05/03/2024) |
| 05/06/2024 | 95 | **ORDER** PROVISIONALLY granting 94 Motion to Seal Document as to Rui Mae Wang (1). Signed by Judge Jodi W. Dishman on 5/6/2024. (nv) (Entered: 05/06/2024) |
| 05/08/2024 | 97 | MINUTE ENTRY for proceedings held before Judge Jodi W. Dishman: Sentencing held on 5/8/2024 for Rui Mae Wang (1), Count(s) 0, 99s, ORDER OF FORFEITURE; Count(s) 1, 2, ORDER OF DISMISSAL FILED 5/9/2024; Count(s) 1s, Defendant is sentenced to the custody of the Bureau of Prisons for a term of 42 months; 2 years of Supervised Release; and a $100 Special Assessment Fee due immediately. Execution of sentence stayed until 12:00 p.m., Thursday, June 6, 2024, at which time Defendant's court appearance bond will be exonerated. (Court Reporter Cassy Kerr.) (nv) (Entered: 05/09/2024) |
| 05/09/2024 | 98 | **ORDER OF DISMISSAL** as to Rui Mae Wang. Indictment returned on June 21, 2022 is DISMISSED. Signed by Judge Jodi W. Dishman on 5/9/2024. (nv) (Entered: 05/09/2024) |
| 05/09/2024 | 99 | **JUDGMENT & Commitment** as to Rui Mae Wang (1). Count(s) 0, 99s, ORDER OF FORFEITURE; Count(s) 1, 2, ORDER OF DISMISSAL FILED 5/9/2024; Count(s) 1s, Defendant is sentenced to the custody of the Bureau of Prisons for a term of 42 months; 2 years of Supervised Release; and a $100 Special Assessment Fee due immediately. Signed by Judge Jodi W. Dishman on 5/9/2024. (nv) (Entered: 05/09/2024) |
| 05/22/2024 | 101 | NOTICE OF APPEAL by Rui Mae Wang (Gilbert, Cody) (Entered: 05/22/2024) |

AO 245B (Rev. 09/19) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
Western District of Oklahoma

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | |
| RUI MAE WANG | ) | Case Number: CR-22-00240-001-JD |
| | ) | USM Number: 05582-510 |
| | ) | Cody E Gilbert |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s)   1 of the one-count Superseding Information filed on March 14, 2023.

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Counts** |
|---|---|---|---|
| 21 U.S.C. § 846, 21 U.S.C. § 841(b)(1)(B) | Drug Conspiracy | April 2022 | 1 |
| | Criminal Forfeiture | | |

The defendant is sentenced as provided in pages 2 through   7   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s)  1 and 2 of the two-count Indictment filed on June 21, 2022   ☐ is ☒ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

May 8, 2024
Date of Imposition of Judgment

*[signature]*

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE

05/09/2024
Date Signed

10

AO 245B (Rev. 09/19) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page **2** of **7**

DEFENDANT: Rui Mae Wang
CASE NUMBER: CR-22-00240-001-JD

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
**42 months.**

☒ The court makes the following recommendations to the Bureau of Prisons:

It is recommended the defendant participate in the Federal Bureau of Prisons Inmate Financial Responsibility Program at a rate determined by Bureau of Prisons staff in accordance with the program.

If eligible, it is recommended that the defendant be designated to a facility as close to Oklahoma City, Oklahoma as possible.

If eligible, it is recommended that the defendant participate in the following programs while incarcerated: Federal Prison Industries and national parenting from prison program.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
　☐ at _____ ☐ a.m. ☐ p.m. on _____ .
　☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
　☒ By 12 p.m. on _____June 6, 2024._____ If the defendant does not have a designation by this date, she shall surrender to the United States Marshal for this district.
　☐ as notified by the United States Marshal.
　☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19) Judgment in a Criminal Case
    Sheet 3 — Supervised Release

Judgment—Page __3__ of __7__

DEFENDANT: Rui Mae Wang
CASE NUMBER: CR-22-00240-001-JD

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of: **2 years.**

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight (8) drug tests per month.
   - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. (check if applicable)
5. ☒ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq*.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 09/19) Judgment in a Criminal Case
Sheet 3A — Supervised Release

Judgment— 4 of 7

DEFENDANT: Rui Mae Wang
CASE NUMBER: CR-22-00240-001-JD

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. Stricken.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____   Date _____

AO 245B(Rev. 09/19) Judgment in a Criminal Case
Sheet 3B— Supervised Release

Judgment—Page 5 of 7

DEFENDANT: Rui Mae Wang
CASE NUMBER: CR-22-00240-001-JD

# SPECIAL CONDITIONS OF SUPERVISION

The defendant must submit to a search of her person, property, electronic devices, or any automobile under her control to be conducted in a reasonable manner and at a reasonable time, for the purpose of determining possession, or evidence of possession, of firearms, controlled substances, and/or drug trafficking activities, at the direction of the probation officer upon reasonable suspicion. Further, the defendant must inform any residents that the premises may be subject to a search.

The defendant shall not be employed, in any capacity, with any business or establishment that operates in the purchase, production, or distribution of marijuana, either wholesale or retail.

The defendant shall not enter, frequent, or be involved with any legal or illegal gambling establishment, Internet gambling, Indian gaming or off-shore gambling, or activity during the period of supervision. The defendant shall participate in a program for the treatment of gambling addiction at the direction of the probation officer. The defendant may be required to contribute to the cost of services (copayment) in an amount to be determined by the probation officer, based on the defendant's ability to pay.

AO 245B (Rev. 09/19) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page  6  of  7

DEFENDANT: Rui Mae Wang
CASE NUMBER: CR-22-00240-001-JD

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| TOTALS | $ 100.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

TOTALS  $ _____  $ _____

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the  ☐ fine  ☐ restitution.

☐ the interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: Rui Mae Wang
CASE NUMBER: CR-22-00240-001-JD

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A  ☒ Lump sum payment of $ 100.00 due immediately, balance due

☐ not later than _____, or

☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

B  ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C  ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☐ Special instructions regarding the payment of criminal monetary penalties:

If restitution is not paid immediately, the defendant shall make payments of 10% of the defendant's quarterly earnings during the term of imprisonment.

After release from confinement, if restitution is not paid immediately, the defendant shall make payments of the greater of $_____ per month or 10% of defendant's gross monthly income, as directed by the probation officer. Payments are to commence not later than 30 days after release from confinement.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, shall be paid through the United States Court Clerk for the Western District of Oklahoma, 200 N.W. 4th Street, Room 1210, Oklahoma City, Oklahoma 73102.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Case Number
Defendant and Co-Defendant Names
*(including defendant number)*  Total Amount  Joint and Several Amount  Corresponding Payee, if appropriate

☐ The defendant shall pay the cost of prosecution.
☐ The defendant shall pay the following court cost(s):
☒ The defendant shall forfeit the defendant's interest in the following property to the United States:

All right, title, and interest in the assets listed in the Preliminary Order of Forfeiture dated September 1, 2023 (doc. no. 75).

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CR-22-240-JD |
| | ) |
| RUI MAE WANG, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF INTENT TO APPEAL

Notice is hereby given that Rui Mae Wang, defendant herein, by and through her attorney Cody E. Gilbert, intends to appeal to the United States Court of Appeals for the Tenth Circuit from the sentencing handed down by the Court and the subsequent Judgment and Commitment Order entered on May 9, 2024.

    Respectfully submitted,

    s/ Cody E. Gilbert
    CODY E. GILBERT OBA # 30563
    GILBERT LAW, PLLC
    1415 NW 43rd Street
    Oklahoma City, Oklahoma 73118
    Telephone: 405-601-6700
    Telefacsimile: 405-543-1995
    Electronic Mail: gilbertlawok@gmail.com
    Counsel for Defendant Wang

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2024, I electronically transmitted the attached document to the Clerk of this Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

AUSA, Wilson McGarry Counsel for the Government

and all other ECF registrants appearing in this case.

s/ Cody E. Gilbert<br>CODY E. GILBERT

Case 5:22-cr-00424-JD Document 102 Filed 05/23/24 Page 28 of 218