# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| -vs- | ) No. CR-22-240-JD |
| RUI MAE WANG, | ) |
| Defendant. | ) |

## NOTICE OF FINALITY OF PRELIMINARY ORDER OF FORFEITURE

The United States of America by and through Robert J. Troester, United States Attorney for the Western District of Oklahoma, and Wilson D. McGarry, Assistant United States Attorney, hereby gives notice to the Court as follows:

On September 1, 2023, pursuant to 21 U.S.C. §853 and Rule 32.2(b)(2), Federal Rule of Criminal Procedure, this Court entered a Preliminary Order of Forfeiture [*See* Doc. No. 75] as to Defendant Rui Mae Wang, ordering the forfeiture of the following property:

    a.    approximately $96, 527.00 in U.S. currency;

    b.    approximately $10,850.00 in U.S. currency;

    c.    approximately $1,550.00 in U.S. currency;

    d.    approximately $98,033.00 in U.S. currency

    e.    a Luvo, model, La 15, .223 caliber rifle, bearing serial number LA0081, with attached scope;

  f.  a Springfield Armory, model Hellcat, 9mm caliber pistol, bearing serial number BY530773; and

  g.  any and all ammunition and magazines not otherwise specified herein.

The United States of America hereby gives notice to the Court that it is no longer seeking criminal forfeiture of the following asset which was identified as subject to forfeiture in the Superseding Information (Doc. 59) and the Plea Agreement (Doc. 70): approximately $1,550.00 in U.S. currency.

The asset has been administratively forfeited by the Federal Bureau of Investigation (FBI). A copy of the FBI's Declaration of Administrative Forfeiture dated October 17, 2023, is attached hereto as Attachment 1.

The United States published notice on an official government website (www.forfeiture.gov) for thirty (30) consecutive days, beginning on September 2, 2023, and ending on October 1, 2023, as required by Federal Rule of Criminal Procedure 32.2(b)(6), notice of this forfeiture action and the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order of Forfeiture. A copy of the Notice of Forfeiture is attached hereto as Attachment 2.

A copy of the Preliminary Order of Forfeiture was also provided to the following parties:

  (a)  Cody E. Gilbert, attorney representing the Defendant, by Notice of Electronic Filing on September 1, 2023 [Doc. No. 75]; and

  (b)  Rui Mae Wang, defendant, by certified mail, receipt number 9589 0710 5270 1582 1449 43, returned marked "Return to Sender" (Attachment 3, Return Envelope and Certified Mail Receipt);

  (c)  Xiangrong Lin, potential claimant, by certified mail, receipt number 9589 0710 5270 1582 1447 69, returned marked "Return to Sender" (Attachment 4, Return Envelope and Certified Mail Receipt);

  (d)  Grant Jonathan Corbett, potential claimant, by certified mail, receipt number 9589 0710 5270 1582 1447 21, returned marked "Return to Sender" (Attachment 5, Return Envelope and Certified Mail Receipt);

  (e)  Zhaozheng Li, potential claimant, by certified mail, receipt number 9589 0710 5270 1582 1447 07, returned marked "Return to Sender" (Attachment 6, Return Envelope and Certified Mail Receipt);

  (f)  Zhaozhenk Li, potential claimant, by certified mail, receipt number 9589 0710 5270 1582 1447 14, returned marked "Return to Sender" (Attachment 7, Return Envelope and Certified Mail Receipt);

  (g)  Zhi Bin Liu, potential claimant, by certified mail, receipt number 9589 0710 5270 1582 1447 45, returned marked "Return to Sender" (Attachment 8, Return Envelope and Certified Mail Receipt); and

  (h)  Zhuo Wang, potential claimant, by certified mail, receipt number 9589 0710 5270 1582 1447 38, returned marked "Return to Sender" (Attachment 9, Return Envelope and Certified Mail Receipt).

No third party asserted any interest in the above-described property as required by the ancillary provision of 21 U.S.C. § 853(n). Therefore, the time for those parties to file a petition has expired.

The Preliminary Order of Forfeiture provides that it will become the final order of forfeiture in the absence of any third party claims, as provided by Fed. R. Crim. P. 32.2(c)(2).

In accordance with the Preliminary Order of Forfeiture, all right, title, and interest in the subject property has been forfeited to the United States of America and may be disposed of according to law.

Respectfully submitted,

ROBERT J. TROESTER
United States Attorney


/s/ *Wilson D. McGarry*
WILSON D. McGARRY
Assistant U.S. Attorney
Oklahoma Bar No. 31146
210 Park Ave., Suite 400
Oklahoma City, OK 73102
Telephone: (405) 553-8700
Telecopier: (405) 553-8885
E-mail: wilson.mcgarry@usdoj.gov


## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2024, I electronically filed the foregoing **Notice to Court Regarding Finality of Preliminary Order of Forfeiture**, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.


/s/ *Wilson D. McGarry*
WILSON D. McGARRY