

U.S. Department of Justice

Federal Bureau of Investigation

Washington, DC   20535

## DECLARATION OF ADMINISTRATIVE FORFEITURE

| | |
|---|---|
| Asset ID Number: | 22-FBI-003822 |
| Seizure Number: | 3580220243 |
| Seizure Date: | 04/26/2022 |
| Seizure Location: | Henryetta, OK |
| | |
| Asset Description: | $1,550.00 U.S. Currency |

The property described above was taken into custody by the Federal Bureau of Investigation for civil forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881. Notice of this action was sent to all known parties who may have a legal or possessory interest in the property in accordance with law. Notice of this action was posted on an official internet government forfeiture site for at least 30 consecutive days in accordance with 19 U.S.C. Section 1607 and Title 28, Code of Federal Regulations (C.F.R.), Section 8.9(a)(1)(ii).

As of the date of execution of this form, no valid claim was filed as required by law to contest this action. A petition for remission or mitigation of forfeiture for this property has not been received.

It is hereby declared that the property has been forfeited to the United States pursuant to 21 U.S.C. Section 881, and is to be disposed of in accordance with law. This declaration shall have the same force and effect as a final decree and order of forfeiture in a judicial forfeiture proceeding in a U.S. District Court. See 19 U.S.C. Section 1609 and 28 C.F.R. Section 8.12.

_____                    Date: 10/17/23
Legal Forfeiture Unit
Office of the General Counsel

Attachment 1