

**U.S. Department of Justice**
United States Attorney
*Western District of Oklahoma*

210 Park Avenue, Suite 400
Oklahoma City, Oklahoma 73102

Official Business
Penalty for Private Use $300

CERTIFIED MAIL

9589 0710 5270 1582 1447 38



RECEIVED
OCT 24 2023
U.S. ATTY, W.D.OK

Zhuo Wang

NIXIE   731   DE 1   0010/23/23
RETURN TO SENDER
VACANT
UNABLE TO FORWARD

Attachment 9